# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION, <br><br> Defendants. | Civil Action No.  1:12-cv-00213-LPS |

## STIPULATION TO DISMISS TOSHIBA AMERICA, INC.

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), Plaintiff Graphics Properties Holdings, Inc. ("Graphics Properties") and Defendant Toshiba America, Inc. ("TAI") hereby stipulate as follows:

1. TAI represents that to the best of its knowledge it does not make, sell or offer to sell in the United States, or import into the United States, any products accused of infringement in the Amended Complaint (D.I. 6) or any products that are substantially similar;

2. Graphics Properties dismisses without prejudice its claims against TAI set forth in the Amended Complaint; and

3. TAI agrees that if Graphics Properties forms a reasonable belief through later discovery that TAI is making, offering for sale or selling in the United States, or importing into the United States, any of the products accused of infringement in the Amended Complaint or any products that are substantially similar, TAI will not raise this stipulation in any opposition to a motion to add TAI as a defendant in this Civil Action.

| FARNAN LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Benjamin J. Schladweiler* |
| Brian E. Farnan (DE Bar No. 4089) | Collins J. Seitz Jr. (DE Bar No. 2237) |
| Rosemary J. Piergiovanni (DE Bar No. 3655) | Benjamin J. Schladweiler (DE Bar No. 4601) |
| 919 North Market Street, 12th Floor | 100 S. West Street, Suite 400 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 777-0300 | (302) 576-1600 |
| bfarnan@farnanlaw.com | cseitz@seitzross.com |
| | bschladweiler@seitzross.com |
| *Attorneys for Graphics Properties Holdings, Inc.* | *Attorneys for Toshiba America, Inc.* |

Dated: May 17, 2012

SO ORDERED this _____ day of May, 2012,

_____
United States District Judge