**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | C.A. No. 12-209-LPS |
| v. | Jury Trial Demanded |
| ACER AMERICA CORPORATION, and ACER, INC., | |
| Defendants. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-210-LPS |
| ASUS COMPUTER INTERNATIONAL, INC., | Jury Trial Demanded |
| Defendant. | |
| GRAPHICS PROPERTIES HOLDINGS, INC., | |
| Plaintiff, | C.A. No. 12-211-LPS |
| v. | Jury Trial Demanded |
| PANASONIC CORPORATION OF NORTH AMERICA, and PANASONIC CORPORATION | |
| Defendants. | |

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION, <br><br> Defendants. | C.A. No. 12-213-LPS <br><br> Jury Trial Demanded |
| GRAPHICS PROPERTIES HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIZIO, INC., <br><br> Defendant. | C.A. No. 12-214-LPS <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION REGARDING ISSUANCE OF LETTER OF
<u>REQUEST UNDER HAGUE CONVENTION</u>**

Graphics Properties Holdings, Inc., by and through its undersigned counsel, hereby requests the Court to issue the Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters attached as Exhibit 2 (the "Letter of Request").  The Chinese translation of the Letter of Request is attached as Exhibit 1.  Defendants do not oppose the relief requested in this motion.

2

Date: May 17, 2013                                    Respectfully submitted,

                                                  Farnan LLP

                                                  */s/ Brian E. Farnan*
                                                  Brian E. Farnan (#4089)
                                                  Michael J. Farnan (#5165)
                                                  919 N. Market St., 12th Floor
                                                  Wilmington, DE 19801
                                                  (302) 777-0300
                                                  bfarnan@farnanlaw.com
                                                  mfarnan@farnanlaw.com

                                                  Martin J. Black (admitted *pro hac vice*)
                                                  Kevin M. Flannery (admitted *pro hac vice*)
                                                  Robert L. Masterson (admitted *pro hac vice*)
                                                  DECHERT LLP
                                                  Cira Centre 2929 Arch Street
                                                  Philadelphia, PA 19104
                                                  (215) 994-4000
                                                  martin.black@dechert.com
                                                  kevin.flannery@dechert.com
                                                  robert.masterson@dechert.com

                                                  *Attorneys for Plaintiff*
                                                  *Graphics Properties Holdings Inc.*