IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA CORPORATION, <br><br> Defendants. | Civil Action No. 12-cv-213-LPS <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

Graphics Properties Holdings, Inc., ("GPH") by and through its undersigned counsel, respectfully requests the Court to approve and sign the Request for International Judicial Assistance, attached as Exhibit 1 (the "Letter Rogatory") asking for judicial assistance from the appropriate authority of Taiwan. A certified translation of the Letter Rogatory is attached as Exhibit 2.

The Letter Rogatory is directed to the appropriate judicial authority of Taiwan requesting the production of certain documents in the possession of one Taiwanese corporation, MStar Semiconductor, Inc. ("MStar"). These documents are highly relevant to the claims of the '158 Patent asserted against Toshiba in this matter, and are therefore essential to a fair resolution of this case. MStar can readily identify and produce these documents with minimal burden.

GPH notes that there is a motion for a discretionary stay pending before this Court as to the '158 Patent, *see* Dkt. No. 67, which this Court should deny for the reasons set forth in GPH's opposition papers. *See* Dkt. No. 79. However, even if the Court does grant the relief requested

by Toshiba in its motion to stay, the interests of justice will be served by granting this motion to allow the lengthy foreign discovery process to proceed during the pendency of any potential stay. Indeed, counsel for GPH has been informed that it can take up to a year for the letter rogatory process to run its course in Taiwan. Moreover, if the present motion is granted there will be no burden on either Toshiba or the Court, but initiating now the collection of highly relevant discovery from an overseas third party serves the interests of justice and efficiency.

Defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court approve and sign the Letter Rogatory, attached as Exhibit 1 and Exhibit 2.

Date: September 11, 2013                                        Respectfully submitted,

                                                                  /s/ Brian E. Farnan
                                                                Brian E. Farnan (#4089)
                                                                Michael J. Farnan (#5165)
                                                                Farnan LLP
                                                                919 N. Market St., 12th Floor
                                                                Wilmington, DE 19801
                                                                (302) 777-0300
OF COUNSEL:                                                     bfarnan@farnanlaw.com
Michael T. Renaud                                               mfarnan@farnanlaw.com
James M. Wodarski
Jack C. Schecter
Andrew H. DeVoogd                                               *Counsel for Plaintiff*
Courtney M. Quish                                               *Graphics Properties Holdings Inc.*
Daniel B. Wienger
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
mtrenaud@mintz.com
jwodarski@mintz.com
mmcnamara@mintz.com
jcschecter@mintz.com
spcole@mintz.com
dbweinger@mintz.com